IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON JOSEPH CARDENAS,

    Plaintiff,

v.                                                                                        Civ. No. 16-365 RJ/GJF

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

### ORDER OF REFERENCE RELATING TO BANKRUPTCY APPEALS, SOCIAL SECURITY APPEALS, PRISONER CASES, NON PRISONER PRO SE CASES AND IMMIGRATION HABEAS CORPUS PROCEEDINGS

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B),(b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Magistrate Judge Gregory J. Fouratt to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. Judge Fouratt shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to this Court, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

It is so **ORDERED**.

SIGNED this 19th day of May 2016.

_____
ROBERT A. JUNELL
Senior United States District Judge